42

(No. 5673– )

GULF OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, AUTO INVESTIGATION DIVISION, Respondent.

*Opinion filed December 18, 1969.*

GULF OIL CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for respondent.

BOOKWALTER, J.

(No. 5685– )

CENTRAL ILLINOIS BARBER COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed December 18, 1969.*

CENTRAL ILLINOIS BARBER COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5686– )

CENTRAL ILLINOIS BARBER COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed December 18, 1969.*

CENTRAL ILLINOIS BARBER COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.